UNITED STATES DISTRICT COURT
DISTRICT OF OREGON

# CIVIL MINUTES

**Case No:** Cv. 02-173-JE

**Proceeding Date:** February 21, 2002

**Case Title:** Fabiano v. Oregon

**Presiding Judge:** John Jelderks

**Courtroom Deputy:** Gary Magnuson (at)

**Reporter:** None **Tape No:**

| PLAINTIFFS' COUNSEL | DEFENDANTS' COUNSEL |
|---|---|
| (1) | (1) |
| (2) | (2) |
| (3) | (3) |
| (4) | (4) |

NOTIFICATION:

**Docket Entry:** RECORD OF ORDER: On February 15, 2002, the Honorable Owen M. Panner ordered plaintiff to submit an amended complaint in the event plaintiff wishes to continue with this action. That Amended Complaint is due on or before March 22, 2002. Plaintiff's failure to submit an amended complaint within the time provided will result in the dismissal of his case.

**Document Number:** ____________