# UNITED STATES DISTRICT COURT
# DISTRICT OF OREGON

# CIVIL MINUTES

**Case No.:** CV 02-173-JE **Date of Proceeding:** April 2, 2002

**Case Title:** FABIANO v. STATE OF OREGON

**Presiding Judge:** **John Jelderks** **Courtroom Deputy:** Gary Magnuson

**Telephone: (503) 326-8055 • Facsimile: (503) 326-8010**
**E-mail: gary_magnuson@ord.uscourts.gov**

**Court Reporter:** **Tape No:**

| **PLAINTIFF'S COUNSEL** | **DEFENDANT'S COUNSEL** |
| --- | --- |

**DOCKET ENTRY:**

RECORD OF ORDER: GRANTING Plaintiff's MOTION FOR ENLARGEMENT OF TIME [9-1] as follows:

Amended Complaint due on or before 6/20/02.

cc: { } All counsel
{ } Chambers

**DOCUMENT NO:** ______

**Civil Minutes**
**Prepared April 2, 2002**

**JUDGE JELDERKS**

ZT